REBECCA GLICK, Appellant, v. MAX GOLDBERG and Another, Respondents.—

Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.